UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXOTTICA GROUP, et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>OBDULIA'S JEWELRY,<br><br>                          Defendant. | Case No.: 18-CV-841-JLS (BGS)<br><br>**ORDER DENYING MOTION TO SUBSTITUTE ATTORNEY**<br><br>(ECF No. 8) |

Presently before the Court Defendant's Motion to Substitute Attorney, (ECF No. 8). Defendant is currently represented by William Baker, Esq., of Moreno & Associates Law Firm. Defendant wishes to represent itself in pro per. Therefore, this Motion would be more properly brought as a motion to withdraw as counsel by Mr. Baker.

An attorney may not withdraw as counsel except by leave of court, *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992), and "[t]he decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court," *LaGrand v. Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998). In ruling on a motion to withdraw as counsel, courts consider: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case. *Irwin v. Mascott*, No. C 97-4737 JL, 2004 U.S. Dist. LEXIS 28264, at *4 (N.D. Cal. Dec. 1,

2004).

The present motion provides no reasons why Mr. Baker seeks to withdraw as counsel. Thus, the Court **DENIES WITHOUT PREJUDICE** the Motion.

**IT IS SO ORDERED.**

Dated: July 12, 2018

Hon. Janis L. Sammartino
United States District Judge